IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

BRIAN E. WOODARD,                          )
                                           )
        Petitioner,                        )
                                           )
v.                                         )
                                           )
LORIE DAVIS, *Director, TDCJ-CID*,         )
                                           )
        Respondent.                        )        Civil Action No. 3:16-CV-2974-C-BK

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United

States Magistrate Judge advising that Petitioner Brian E. Woodard's petition for writ of habeas

corpus under 28 U.S.C. § 2254 be denied. Petitioner failed to file any objections and the time to

do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error

and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation

are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated

therein, the petition for writ of habeas corpus under 28 U.S.C. § 2254 is **DENIED**.

SO ORDERED this ___11th___ day of April, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE